# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138236

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                      SC: 138236
                                      COA: 288852
                                      Wayne CC: 06-009095-01-FH

MICHAEL JONES,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

s1214